JOHN SALAFIA ET AL. *v.* SALVATORE SALAFIA ET AL.
(10785)

DALY, FOTI and HEIMAN, Js.

Submitted on briefs October 30—decision released November 24, 1992

*Stephen T. Gionfriddo* filed a brief for the appellants (plaintiffs).

*John L. Boccalatte* filed a brief for the appellees (defendants).

PER CURIAM. The judgment is affirmed.